UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 05-22238-CIV-ALTONAGA/Turnoff

**DOUGLAS W. SHIVERS**,

    Plaintiff,

vs.

**INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION 349**, et al.,

    Defendants.

_____/

**ORDER**

    **THIS CAUSE** came before the Court upon Plaintiff, Douglas Shivers' Motion for Damages, and to Tax Costs and Attorney Fees Against Defendant Bill Dillashaw ("Dillashaw"), filed on October 18, 2006. In his Motion, Plaintiff asks the Court to issue a Final Judgment against Dillashaw awarding Plaintiff $75,000 in costs and damages, $90.10 in costs and $1,040 in attorney's fees.

    On February 16, 2006, Plaintiff filed a Motion [D.E. 134] requesting default judgments against Defendants Bill Dillashaw, Ronnie Stokes and Martin Chew. Magistrate Judge Turnoff issued a Report and Recommendation [D.E. 167] on June 6, 2006 recommending that the Court grant Plaintiff's Motion for Default Judgment against Dillashaw. On July 19, 2006, the Court issued an Order affirming and adopting Judge Turnoff's Report and Recommendation. The Order stated that the Court would enter a separate default judgment against Dillashaw. To date, no default judgment against Dillashaw has been entered.

    Plaintiff's claims against Dillashaw are nearly identical to his claims against the other

CASE NO. 05-22238-CIV-ALTONAGA/Turnoff

Defendants in the case. The Court shall defer entry of default judgment against Dillashaw until the presentation of evidence as to damages and at conclusion of the case. Furthermore, because Plaintiff has at all times appeared before the Court *pro se*, he is not entitled to attorney's fees. Accordingly, it is

**ORDERED AND ADJUDGED** that Plaintiff's Motion is **DENIED** without prejudice. Plaintiff may renew his Motion for Default Judgment against Defendant Dillashaw at the conclusion of the case, but may not request attorney's fees.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 20th day of October, 2006.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Magistrate Judge William C. Turnoff
Counsel of record
Douglas W. Shivers, P.O. Box 565341, Miami, FL 33256-5341